United States Bankruptcy Court
Eastern District of New York

In re:                                                                                          Case No. 23-42869-ess
Nancy Lee                                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1                          User: admin                        Page 1 of 2
Date Rcvd: Oct 30, 2023                  Form ID: 268                   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy Lee, 144-87 41st Avenue, Apt. 104, Flushing, NY 11355-1422 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Oct 30 2023 18:15:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2023                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Richard J. McCord | on behalf of Trustee Richard J. McCord rmccord@cbah.com afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com |
| Richard J. McCord | |

District/off: 0207-1  User: admin  Page 2 of 2
Date Rcvd: Oct 30, 2023  Form ID: 268  Total Noticed: 2

    rmccord@cbah.com
    afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Nancy Lee<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–0119<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 7   8/10/23 |
| Case number: | 1–23–42869–ess | |

# NOTICE OF NO CERTIFICATE OF DEBTOR EDUCATION OR
# OFFICIAL FORM 423
# CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) has not filed a Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course in accordance with Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate or Official Form 423 is filed by November 13, 2023, this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: October 29, 2023

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnfcer1.jsp** [Notice of No Financial Certificate Filed rev. 02/01/17]