Case 1-23-42869-ess    Doc 19-1    Filed 11/15/23    Entered 11/15/23 14:07:06

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 11/15/2023 |
| Case: 1−23−42869−ess | Form ID: 318DF7 | Total: 23 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Nancy Lee | 144−87 41st Avenue | Apt. 104 | Flushing, NY 11355 | |
| tr | Richard J. McCord | Certilman Balin Adler & Hyman | 90 Merrick Avenue | East Meadow, NY 11554 | |
| aty | Richard J. McCord | Certilman Balin Adler & Hyman | 90 Merrick Avenue | East Meadow, NY 11554 | |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| smg | NYC Department of Finance | 345 Adams Street | Office of Legal Affairs | Brooklyn, NY 11201−3719 | |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 | |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn) | Alexander Hamilton Custom House | One Bowling Green, Room 510 | New York, NY 10004−1408 |
| 10226620 | ADT LLC | 3190 South Vaughn Way | Aurora, CO 80014−3512 | | |
| 10226621 | Barclays Bank Delaware | P.O. Box 8801 | Wilmington, DE 19899−8801 | | |
| 10226622 | Buckingham Associates LLC | c/o Samson Management LLC | 118−35 Queens Boulevard, Suite 1710 | Forest Hills, NY 11375−7250 | |
| 10226623 | Charter Communications Operating LLC | 4145 South Falkenburg Road | Riverview, FL 33578−8652 | | |
| 10226624 | Citibank N.A. | P.O. Box 6004 | Sioux Falls, SD 57117−6004 | | |
| 10229217 | Consolidated Edison Company of New York Inc | EAG Bankruptcy | 9th Floor | 4 Irving Place | New York, NY 10003 |
| 10226625 | Consolidated Edison Company of New York, Inc. | 4 Irving Place, Room 1875 | New York, NY 10003−3502 | | |
| 10226626 | Credit Corp. Solutions Inc. | 121 West Election Road, Suite 200 | Draper, UT 84020−7766 | | |
| 10226627 | Enhanced Recovery Company, LLC | 8014 Bayberry Road | Jacksonville, FL 32256−7412 | | |
| 10236755 | Law Office of J. Douglas Barics | 356 Veterans Memorial Highway | Commack, NY 11725−4330 | | |
| 10226628 | Law Office of J. Douglas Barics | 356 Veterans Memorial Highway, Suite 3 | Commack, NY 11725−4332 | | |
| 10226629 | Law Offices of Jordan M. Hyman | 119 North Park Avenue, Suite 209 | Rockville Centre, NY 11570−4113 | | |
| 10226630 | Midland Credit Management, Inc. | 350 Camino de la Reina, Suite 100 | San Diego CA, 92108−3007 | | |
| 10226631 | New York State Department of Taxation and Finance | Bankruptcy Section | P.O. Box 5300 | Albany, NY 12205−0300 | |
| 10226632 | Synchrony Bank | Bankruptcy Department | P.O. Box 71783 | Philadelphia, PA 19176−1783 | |
| 10226633 | T−Mobile US, Inc. | P.O. Box 53410 | Bellevue, WA 98015−3410 | | |

TOTAL: 23