UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re                                                                    Chapter 7

NANCY LEE,                                                    Case No. 1-23-42869-ess

                              Debtor.
----------------------------------------------------------x

**ORDER VACATING FINAL DECREE AND DISCHARGE, REOPENING CASE, AND
SCHEDULING A HEARING ON THE REQUEST TO DEFER THE ENTRY OF ORDER
TO DISCHARGE**

WHEREAS, on August 10, 2023, Nancy Lee (the "Debtor"), *pro se*, filed a petition for

relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, on November 8, 2023, the Debtor filed a letter requesting a deferment entry

of order to discharge for 30 days, pursuant to Bankruptcy Rule 4004(c)(2); and

WHEREAS, the deadline for objecting to discharge was November 13, 2023; and

WHEREAS, on November 15, 2023, due to an administrative error, the Court entered a

Discharge and a Final Decree in the Debtor's bankruptcy case, and this case was closed.

NOW, THEREFORE, it is hereby

ORDERED, that this case be reopened without payment of fee; and it is further

ORDERED, that the Final Decree and the Discharge entered on November 15, 2023 is

vacated; and it is further

ORDERED, that the Clerk of the Court notify the Debtor, creditors and all parties-in-

interest of this Order; and it is further

ORDERED, that the Court will hold a telephonic hearing on the Debtor's request to defer

the entry of a discharge, on **November 27, 2023 at 3:30 p.m.** before the Honorable Elizabeth S.

Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East,

Brooklyn, New York 11201; and it is further

ORDERED, that the Debtor is directed to appear at the November 27, 2023 hearing and

show cause why the Court should defer the entry of an order to discharge; and it is further

**ORDERED, that this conference will be conducted remotely, via telephone. It is not**

**necessary to request prior authorization to appear remotely. All participants, including**

**attorneys, clients, and pro se parties, may register to appear remotely as follows:**

**ORDERED, that the Debtor may contact Elise Kanter, Esq., Pro Se Law Clerk, in**

**order to obtain information regarding objecting to the discharge via telephone, Monday**

**through Friday between 9:00 a.m. and 3:00 p.m., at (347) 394-1738, or via email at**

**Elise_Kanter@nyeb.uscourts.gov.**

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-**

**bin/eCourtAppearances.pl at least two business days before the scheduled hearing. To**

**register, please provide your name, address, e-mail address, telephone number to be used**

**on the hearing date, and if appropriate, the party that you represent. You will receive**

**instructions how to access the hearing via email two days before the hearing.**

**Those unable to access eCourt Appearances should email Judge Stong's Courtroom**

**Deputy at: ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the**

**hearing.  Your email must include your name, the case number(s), who you represent (if**

**you are an attorney), hearing date, and phone number.**



Dated: Brooklyn, New York
       November 17, 2023

_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**Nancy Lee**
144-87 41st Avenue Apt. 104
Flushing, NY 11355

**Richard J. McCord**
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

**ADT LLC**
3190 South Vaughn Way
Aurora, CO 80014-3512

**Barclays Bank Delaware**
P.O. Box 8801
Wilmington, DE 19899-8801

**Buckingham Associates LLC**
c/o Samson Management LLC
118-35 Queens Boulevard, Suite 1710
Forest Hills, NY 11375-7250

**Charter Communications Operating LLC**
4145 South Falkenburg Road
Riverview, FL 33578-8652

**Citibank N.A.**
P.O. Box 6004
Sioux Falls, SD 57117-6004

**Consolidated Edison Company of New York, Inc.**
4 Irving Place, Room 1875
New York, NY 10003-3502

**Credit Corp. Solutions Inc.**
121 West Election Road, Suite 200
Draper, UT 84020-7766

**Enhanced Recovery Company, LLC**
8014 Bayberry Road
Jacksonville, FL 32256-7412

**Law Office of J. Douglas Barics**
356 Veterans Memorial Highway, Suite 3
Commack, NY 11725-4332

**Law Offices of Jordan M. Hyman**
119 North Park Avenue, Suite 209
Rockville Centre, NY 11570-4113

**Midland Credit Management, Inc.**
350 Camino de la Reina, Suite 100
San Diego CA, 92108-3007

**New York State Department of Taxation and Finance**
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

**Synchrony Bank**
Bankruptcy Department
P.O. Box 71783
Philadelphia, PA 19176-1783

**T-Mobile US, Inc.**
P.O. Box 53410
Bellevue, WA 98015-3410