# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 11/20/2023 |
| Case: 1−23−42869−ess | Form ID: pdf000 | Total: 37 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
tr     Richard J. McCord     rmccord@cbah.com
aty     Richard J. McCord     rmccord@cbah.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Nancy Lee     144−87 41st Avenue     Apt. 104     Flushing, NY 11355
10226620     ADT LLC     3190 South Vaughn Way     Aurora, CO 80014−3512
10226621     Barclays Bank Delaware     P.O. Box 8801     Wilmington, DE 19899−8801
10226622     Buckingham Associates LLC     c/o Samson Management LLC     118−35 Queens Boulevard, Suite 1710     Forest Hills, NY 11375−7250
10226623     Charter Communications Operating LLC     4145 South Falkenburg Road     Riverview, FL 33578−8652
10226624     Citibank N.A.     P.O. Box 6004     Sioux Falls, SD 57117−6004
10229217     Consolidated Edison Company of New York Inc     EAG Bankruptcy     9th Floor     4 Irving Place     New York, NY 10003
10226625     Consolidated Edison Company of New York, Inc.     4 Irving Place, Room 1875     New York, NY 10003−3502
10226626     Credit Corp. Solutions Inc.     121 West Election Road, Suite 200     Draper, UT 84020−7766
10226627     Enhanced Recovery Company, LLC     8014 Bayberry Road     Jacksonville, FL 32256−7412
10236755     Law Office of J. Douglas Barics     356 Veterans Memorial Highway     Commack, NY 11725−4330
10226628     Law Office of J. Douglas Barics     356 Veterans Memorial Highway, Suite 3     Commack, NY 11725−4332
10226629     Law Offices of Jordan M. Hyman     119 North Park Avenue, Suite 209     Rockville Centre, NY 11570−4113
10226630     Midland Credit Management, Inc.     350 Camino de la Reina, Suite 100     San Diego CA, 92108−3007
10226631     New York State Department of Taxation and Finance     Bankruptcy Section     P.O. Box 5300     Albany, NY 12205−0300
10226632     Synchrony Bank     Bankruptcy Department     P.O. Box 71783     Philadelphia, PA 19176−1783
10226633     T−Mobile US, Inc.     P.O. Box 53410     Bellevue, WA 98015−3410
    Nancy Lee     144−87 41st Avenue Apt. 104     Flushing, NY 11355
    Richard J. McCord     Certilman Balin Adler & Hyman     90 Merrick Avenue     East Meadow, NY 11554
    Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014
    ADT LLC     3190 South Vaughn Way     Aurora, CO 80014−3512
    Barclays Bank Delaware     P.O. Box 8801     Wilmington, DE 19899−8801
    Buckingham Associates LLC     c/o Samson Management LLC     118−35 Queens Boulevard, Suite 1710     Forest Hills, NY 11375−7250
    Charter Communications Operating LLC     4145 South Falkenburg Road     Riverview, FL 33578−8652
    Citibank N.A.     P.O. Box 6004     Sioux Falls, SD 57117−6004
    Consolidated Edison Company of New York, Inc.     4 Irving Place, Room 1875     New York, NY 10003−3502
    Credit Corp. Solutions Inc.     121 West Election Road, Suite 200     Draper, UT 84020−7766
    Enhanced Recovery Company, LLC     8014 Bayberry Road     Jacksonville, FL 32256−7412
    Law Office of J. Douglas Barics     356 Veterans Memorial Highway, Suite 3     Commack, NY 11725−4332
    Law Offices of Jordan M. Hyman     119 North Park Avenue, Suite 209     Rockville Centre, NY 11570−4113
    Midland Credit Management, Inc.     350 Camino de la Reina, Suite 100     San Diego CA, 92108−3007
    New York State Department of Taxation and Finance     Bankruptcy Section     P.O. Box 5300     Albany, NY 12205−0300
    Synchrony Bank     Bankruptcy Department     P.O. Box 71783     Philadelphia, PA 19176−1783
    T−Mobile US, Inc.     P.O. Box 53410     Bellevue, WA 98015−3410

TOTAL: 34