UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re                                                                    Chapter 7

NANCY LEE,                                                      Case No. 1-23-42869-ess
*aka* Nancy Eng

                                  Debtor.
--------------------------------------------------------x

### ORDER APPROVING THE DEBTOR'S REQUEST TO DEFER
### ENTRY OF DISCHARGE

WHEREAS, on August 10, 2023, Nancy Lee (the "Debtor"), pro se, filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, on November 8, 2023, the Debtor filed a letter requesting a deferment entry of order to discharge for 30 days (the "Motion"), pursuant to Bankruptcy Rule 4004(c)(2); and

WHEREAS, the deadline for objecting to discharge was November 13, 2023; and

WHEREAS, on November 15, 2023, due to an administrative error, the Court entered a Discharge and a Final Decree in the Debtor's bankruptcy case, and this case was closed; and

WHEREAS, on November 20, 2023, the Court entered an Order vacating the Discharge and a Final Decree in the Debtor's bankruptcy case, reopening the case and scheduling a hearing on the Motion; and

WHEREAS, on November 27, 2023, the Court held a hearing on the Motion at which the Debtor appeared and was heard; and

WHEREAS, at the November 27, 2023 hearing, the Court determined that the Motion be granted and the Debtor's discharge entry should be extended to the extent permitted by Bankruptcy Rule 4004(c)(2); and

1

WHEREAS, Bankruptcy Rule 4004(c)(2) provides, in part, that, "on motion of the debtor, the court may defer the entry of an order granting a discharge for 30 days."

NOW, THEREFORE, it is hereby

ORDERED, that pursuant to Bankruptcy Rule 4004(c)(2), the Court's clerk is directed not to enter the Debtor's discharge until after 30 days from the date of this Order, or January 2, 2024.



Dated: Brooklyn, New York
November 30, 2023

Elizabeth S. Stong
United States Bankruptcy Judge

2

TO:

**Nancy Lee**
144-87 41st Avenue Apt. 104
Flushing, NY 11355

**Richard J. McCord**
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

**ADT LLC**
3190 South Vaughn Way
Aurora, CO 80014-3512

**Barclays Bank Delaware**
P.O. Box 8801
Wilmington, DE 19899-8801

**Buckingham Associates LLC**
c/o Samson Management LLC
118-35 Queens Boulevard, Suite 1710
Forest Hills, NY 11375-7250

**Charter Communications Operating LLC**
4145 South Falkenburg Road
Riverview, FL 33578-8652

**Citibank N.A.**
P.O. Box 6004
Sioux Falls, SD 57117-6004

**Consolidated Edison Company of New York, Inc.**
4 Irving Place, Room 1875
New York, NY 10003-3502

**Credit Corp. Solutions Inc.**
121 West Election Road, Suite 200
Draper, UT 84020-7766

**Enhanced Recovery Company, LLC**
8014 Bayberry Road
Jacksonville, FL 32256-7412

**Law Office of J. Douglas Barics**
356 Veterans Memorial Highway, Suite 3
Commack, NY 11725-4332

**Law Offices of Jordan M. Hyman**
119 North Park Avenue, Suite 209
Rockville Centre, NY 11570-4113

**Midland Credit Management, Inc.**
350 Camino de la Reina, Suite 100
San Diego CA, 92108-3007

**New York State Department of Taxation and Finance**
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

**Synchrony Bank**
Bankruptcy Department
P.O. Box 71783
Philadelphia, PA 19176-1783

**T-Mobile US, Inc.**
P.O. Box 53410
Bellevue, WA 98015-3410