# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 1/18/2024 |
| Case: 1−23−42869−ess | Form ID: 318DI7 | Total: 23 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Nancy Lee | 144−87 41st Avenue    Apt. 104    Flushing, NY 11355 |
| tr | Richard J. McCord | Certilman Balin Adler & Hyman    90 Merrick Avenue    East Meadow, NY 11554 |
| aty | Richard J. McCord | Certilman Balin Adler & Hyman    90 Merrick Avenue    East Meadow, NY 11554 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| smg | NYC Department of Finance | 345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn)    Alexander Hamilton Custom House    One Bowling Green, Room 510    New York, NY 10004−1408 |
| 10226620 | ADT LLC | 3190 South Vaughn Way    Aurora, CO 80014−3512 |
| 10226621 | Barclays Bank Delaware | P.O. Box 8801    Wilmington, DE 19899−8801 |
| 10226622 | Buckingham Associates LLC | c/o Samson Management LLC    118−35 Queens Boulevard, Suite 1710    Forest Hills, NY 11375−7250 |
| 10226623 | Charter Communications Operating LLC | 4145 South Falkenburg Road    Riverview, FL 33578−8652 |
| 10226624 | Citibank N.A. | P.O. Box 6004    Sioux Falls, SD 57117−6004 |
| 10229217 | Consolidated Edison Company of New York Inc | EAG Bankruptcy    9th Floor    4 Irving Place    New York, NY 10003 |
| 10226625 | Consolidated Edison Company of New York, Inc. | 4 Irving Place, Room 1875    New York, NY 10003−3502 |
| 10226626 | Credit Corp. Solutions Inc. | 121 West Election Road, Suite 200    Draper, UT 84020−7766 |
| 10226627 | Enhanced Recovery Company, LLC | 8014 Bayberry Road    Jacksonville, FL 32256−7412 |
| 10236755 | Law Office of J. Douglas Barics | 356 Veterans Memorial Highway    Commack, NY 11725−4330 |
| 10226628 | Law Office of J. Douglas Barics | 356 Veterans Memorial Highway, Suite 3    Commack, NY 11725−4332 |
| 10226629 | Law Offices of Jordan M. Hyman | 119 North Park Avenue, Suite 209    Rockville Centre, NY 11570−4113 |
| 10226630 | Midland Credit Management, Inc. | 350 Camino de la Reina, Suite 100    San Diego CA, 92108−3007 |
| 10226631 | New York State Department of Taxation and Finance | Bankruptcy Section    P.O. Box 5300    Albany, NY 12205−0300 |
| 10226632 | Synchrony Bank | Bankruptcy Department    P.O. Box 71783    Philadelphia, PA 19176−1783 |
| 10226633 | T−Mobile US, Inc. | P.O. Box 53410    Bellevue, WA 98015−3410 |

TOTAL: 23